ROBERT G. WING (4445)
JONI OSTLER (9607)
Assistant Attorneys General
Utah Attorney General's Office
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84114
Telephone: 801-366-0310
rwing@agutah.gov
joniostler@agutah.gov

Attorneys for Non-Party Movants Ao Pauga
and the Utah Division of Consumer Protection

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>DAY PACER LLC, et al.,<br><br>　　　Defendants,<br><br><br>AO PAUGA and UTAH DIVISION OF CONSUMER PROTECTION<br><br>　　　Non-Party Movants. | **NON-PARTY AO PAUGA'S DECLARATION IN SUPPORT OF MOTION TO QUASH PURSUANT TO FED. R. CIV. P. 26(c) & 45, AND DUCivR 26(b) & 37-1**<br><br>United States District Court<br>Northern District of Illinois, Eastern Division<br>Case Number: 1:19-cv-01984<br>Judge Edmond E. Chang |

1

I, Ao Pauga, declare as follows:

1. I am over the age of 21 and a resident of the State of Utah. I have personal knowledge of the matters and facts set forth herein, and if called to testify, I could and would competently testify to the same.

2. I am employed as an Investigator for the Utah Department of Commerce, Division of Consumer Protection (the "Division"). My responsibilities include reviewing complaints lodged with the Division and investigating whether individuals and businesses have violated Utah's consumer protection laws.

3. The Division is not part of the FTC's lawsuit against Day Pacer LLC.

4. I was the primary investigator with respect to Day Pacer. I visited Day Pacer's facility once, in either late 2016 or early 2017, for the purpose of speaking to someone in charge. I spoke to Mr. Raymond Fitzgerald's son there. I do not recall his first name. I did not hear or see anything substantive regarding Day Pacer's business operations. I merely observed that the location appeared to be a sales floor.

5. My knowledge of Day Pacer LLC and its owners, principals, or employees comes from my investigative work for the Division.

6. The Division and I assert the government deliberative privilege and law enforcement privilege over my internal communications with my supervisor, Chief Investigator Adam Watson, regarding my investigatory work into Day Pacer, as well as our internal assessments, opinions and conclusions regarding that investigation. My internal communications with Watson involved investigative techniques, confidential sources of information, and our deliberations, assessments, and opinions about the targets of the investigation.

I declare under criminal penalty under the laws of the United States that the foregoing is true and correct.

Signed on the 4th day of January 2021, at Salt Lake City, Utah.

                                                        /s/ Ao Pauga*
                                      Ao Pauga

                                      * I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2021, I served the foregoing **NON-PARTY AUO PAUGA'S DECLARATION IN SUPPORT OF MOTION TO QUASH PURSUANT TO FED. R. CIV. P. 26(c) & 45, AND DUCivR 26(b) & 37-1** by email to counsel for the parties in the underlying action shown on the attached service list.

                                                            /s/ Joni Ostler
                                                           Joni Ostler

**1:19-cv-01984** Federal Trade Commission v. Day Pacer LLC et al.
Edmond E. Chang, presiding
Young B. Kim, referral
**Date filed:** 03/22/2019
**Date of last filing:** 12/21/2020

SERVICE LIST

# Attorneys

**Raymond L. Fitzgerald**
Butler Fitzgerald Fiveson & McCarthy PC
9 East 45th Street Ninth Floor
New York, NY 10017
(212) 615-2222
Active (fax)
rfitzgerald@bffmlaw.com
  *Assigned: 03/28/2019*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Day Pacer LLC**
*(Defendant)*

**Edutrek L.L.C**
*(Defendant)*

**Ian Fitzgerald**
*(Defendant)*

**Raymond Fitzgerald**
*(Defendant)*

**David Cumming**
1673 Village Round Drive
Park City, UT 84098
(435) 671-1647
dcomyn@gmail.com
*(Defendant)*
PRO SE

**Leah Ei Wha Frazier**
Federal Trade Commission
CC-10232
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2187
US Govt Attorney (fax)
lfrazier@ftc.gov
  *Assigned: 03/22/2019*
  *ATTORNEY TO BE NOTICED*

representing

**Federal Trade Commission**
*(Plaintiff)*

**Mark Lawrence Glassman**

representing

**Federal Trade Commission**

| | | |
|---|---|---|
| Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Mail Stop 10232<br>Washington, DC 20580<br>(202) 326-2826<br>Pro Hac Vice (fax)<br>mglassman@ftc.gov<br>  *Assigned: 04/10/2020*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | | **Federal Trade Commission**<br>*(Plaintiff)* |
| **William Joseph Hodor**<br>Federal Trade Commission<br>230 South Dearborn Street<br>Room 3030<br>Chicago, IL 60604<br>(312) 960-5634<br>Not a member (fax)<br>whodor@ftc.gov<br>  *Assigned: 03/22/2019*<br>  *ATTORNEY TO BE NOTICED* | representing | **Federal Trade Commission**<br>*(Plaintiff)* |
| **Patrick Roy**<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Mail Stop CC-10232<br>Washington, DC 20580<br>(202) 326-3477<br>proy@ftc.gov<br>  *Assigned: 03/22/2019*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | representing | **Federal Trade Commission**<br>*(Plaintiff)* |
| **Jason Schall**<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Mail Stop CC-10232<br>Washington, DC 20580<br>(202) 326-2251<br>jschall@ftc.gov<br>  *Assigned: 03/22/2019*<br>  *TERMINATED: 08/18/2020*<br>  *PRO HAC VICE* | representing | **Federal Trade Commission**<br>*(Plaintiff)* |
| **Adam M Wesolowski**<br>Federal Trade Commission<br>600 Pennsylvania Ave NW<br>Washington, DC 20850<br>202.326.3068<br>US Govt Attorney (fax)<br>awesolowski@ftc.gov | representing | **Federal Trade Commission**<br>*(Plaintiff)* |